UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | LACV21-07189-VAP-MRWx | Date | November 16, 2021 |
|---|---|---|---|
| Title | *Benjamin Schonbrun v. SNAP, Inc., et al.* | | |

Present: The Honorable   VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Christine Chung | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present   None Present

**Proceedings:   MINUTE ORDER (1) VACATING HEARING AND (2) GRANTING MOTIONS TO DISMISS COMPLAINT (IN CHAMBERS)**

Before the Court are three motions to dismiss Plaintiff Benjamin Schonbrun's Complaint filed by Defendant Continental Casualty Company, Defendant CNA Financial Corporation, and Defendant SNAP, Inc. on November 4, 2021 and November 8, 2021.  (See Dkt. Nos. 10, 12, 13, 15.)  The motions are set for hearing on December 6, 2021 at 2:00 p.m.

Pursuant to Local Rule 7-9, Plaintiff Benjamin Schonbrun's opposition to the motions was due to be filed by no later than November 15, 2021.  To date, no opposition has been filed.  Accordingly, the Court VACATES the hearing set for December 6, 2021 at 2:00 p.m.

Local Rule 7-12 states that "failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."  Kristensen v. Expansion Capital Grp., LLC, No. 2:16-cv-00982-JFW-JEMx, 2016 WL 10988570, at *1 (C.D. Cal. July 19, 2016) (holding failure to oppose a motion to dismiss was grounds for dismissal pursuant to Local Rule 7-12).  Accordingly, the Court deems Plaintiff's failure to file an opposition as his consent to the granting the three pending motions.

In the interest of judicial economy and efficiency, the Court hereby GRANTS the three motions to dismiss the Complaint, with leave to amend.  Any amended complaint must be filed by no later than November 29, 2021, failing which, this action will be dismissed.

**IT IS SO ORDERED.**