# EXHIBIT F

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BROOKSTONE HOLDINGS CORP., *et al.*,[1] | Case No. 18-11780 (BLS) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: October 8, 2018 at 4:00 pm (ET)** |

## SUMMARY OF FIRST MONTHLY APPLICATION OF GIBSON, DUNN & CRUTCHER LLP AS CO-COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD FROM AUGUST 2, 2018 THROUGH AND INCLUDING AUGUST 31, 2018

| | |
|---|---|
| Name of Applicant: | Gibson, Dunn & Crutcher LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | August 2, 2018 (Order entered August 24, 2018 *nunc pro tunc* to August 2, 2018) |
| Period for which compensation and reimbursement is sought: | August 2, 2018 through and including August 31, 2018 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $1,413,598.75[2] |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $26,225.02 |

This is an/a:  \_\_\_\_\_ interim \_\_\_ final application
              \_X\_ monthly

This application includes 0.00 hours and $0.00 in fees incurred in connection with the preparation of Fee Applications.

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Brookstone Holdings Corp. (4638), Brookstone, Inc. (2895), Brookstone Company, Inc. (3478), Brookstone Retail Puerto Rico, Inc. (5552), Brookstone International Holdings, Inc. (8382), Brookstone Purchasing, Inc. (2514), Brookstone Stores, Inc. (2513), Big Blue Audio LLC (N/A), Brookstone Holdings, Inc. (2515), and Brookstone Properties, Inc. (2517). The Debtors' corporate headquarters and the mailing address for each Debtor is One Innovation Way, Merrimack, NH 03054.

[2] The fees set forth herein reflect reductions of $31,514.75, consisting of (a) a voluntary write-off in the amount of $2,520.00 and (b) non-working travel time discount in the amount of $28,994.75.

Prior applications:  None

### INTERIM COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | 2018 Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Karlan, Mitchell | Partner since 1989.  Joined the firm as an Associate in 1984.  Member of the D.C. Bar since 2005; NY bar since 1980.<br><br>Primary practice area: General Commercial Litigation | 1,415 | 9.4 | $13,301.00 |
| Feldman, David M. | Partner.  Joined firm as a Partner in 2008.  Member of NY Bar since 1994.<br><br>Primary practice area: Business Restructuring & Reorganization | 1,260 | 210 | $264,600.00 |
| Rosenauer, David | Partner.  Joined firm as an Associate in 1987.  Member of NY Bar since 1993.<br><br>Primary practice area:  Tax | 1,260 | 1 | $1,260.00 |
| Wilf, David | Partner since 2001.  Joined Firm as Partner in 2001.  Member of NY Bar since 1996.  Member of CA Bar since 1983.<br><br>Primary practice area: Fashion, Retail and Consumer Products | 1,260 | 12.8 | $16,128.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | 2018 Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Williams, Matthew J. | Partner.  Joined the firm as a Partner in 2008.  Member of NY Bar since 1999.<br><br>Primary practice area:  Business Restructuring and Reorganization | 1,215 | 125.7 | $152,725.50 |
| Wise, Eric | Partner since 2008. Joined Firm as a Partner in 2008. Member of NY Bar since 1999.<br><br>Primary practice area: Business Restructuring & Reorganization | 1,215 | 4.5 | $5,467.50 |
| Collins, Michael J. | Partner since 2007.  Joined firm as an Associate in 2000.  Member of D.C. Bar since 2004.<br><br>Primary practice area: Executive Compensation and Employee Benefits | 1,205 | 3.3 | $3,976.50 |
| Sinak, David | Partner since 2002.  Joined Firm as a Partner in 2002. Member of TX Bar since 1979.<br><br>Primary practice area:  Tax | 1,205 | 2.3 | $2,771.50 |
| Hoffman, Matthew | Partner since 2012.  Joined Firm as an Associate in 2003.  Member of CA Bar since 2003.<br><br>Primary practice area: Insurance | 1,155 | 1 | $1,155.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | 2018 Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Kelsey, Matthew K. | Partner since 2013. Joined Firm as an Of Counsel in 2008. Member of NY Bar since 2004.<br><br>Primary practice area: Business Restructuring & Reorganization | 1,085 | 166.1 | $180,218.50 |
| Angel, Daniel | Partner since 2016. Joined Firm as an Associate in 2010. Member of NY Bar since 2004.<br><br>Primary practice area: Technology Transactions | 1,065 | 1.8 | $1,917.00 |
| LeRoy, Carrie M. | Partner since 2018 Joined Firm as a Partner in 2018. Member of CA Bar since 2000.<br><br>Primary practice area: Intellectual Property | 1,025 | 11.2 | $11,480.00 |
| Galil, Yair | Of Counsel. Joined the firm as an Associate in 2007. Member of the NY Bar since 2005. | 965 | 33.4 | $32,231.00 |
| Krawitz, Aaron | Of Counsel. Joined the firm as an Associate Attorney in 2014. Member of the NY Bar since 2008. | 935 | 8.6 | $8,041.00 |
| Martorana, Keith R. | Of Counsel. Joined the firm as an Associate in 2008. Member of the NY and NJ Bars since 2008. | 935 | 256.5 | $239,827.50 |
| Vojtisek, John-Paul | Of Counsel. Joined the firm as an Associate in 2005. Member of the NY Bar since 2006. | 935 | 1.4 | $1,309.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | 2018 Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Gross, Sheera J. | Associate. Joined the Firm as an Associate in 2008. Member of NY Bar since 2009. | 925 | 3.5 | $3,237.50 |
| Roe, R. Scott | Associate. Joined the Firm as an Associate in 2011. Member of CT Bar since 2006; member of NY Bar since 2007. | 925 | 3.6 | $3,330.00 |
| Fortney, Jonathan | Associate. Joined the Firm as an Associate in 2009. Member of NY Bar since 2010. | 925 | 26.2 | $24,235.00 |
| Goldstein, Jason Z. | Associate. Joined the firm as an Associate in 2016. Member of the NY Bar since 2013. | 885 | 202.9 | $179,566.50 |
| Weiner, Genevieve | Associate. Joined the Firm as an Associate in 2007. Member of CA Bar since 2007. | 875 | 27.4 | $23,975.00 |
| Herrera, Alejandro | Associate. Joined the Firm as an Associate in 2013. Member of NY Bar since 2014. | 860 | 1.1 | $946.00 |
| Eggenberger, Michael | Associate. Joined the Firm as an Associate in 2013. Member of NY Bar since 2014. | 860 | 15.3 | $13,158.00 |
| Bouslog, Matthew G. | Associate. Joined firm as an Associate in 2012. Member of CA Bar since 2011. | 840 | 3.5 | $2,940.00 |
| Solow, Ryan | Associate. Joined the firm as an Associate in 2015. Member of CA Bar since 2015; IL Bar since 2011. | 840 | 3.9 | $3,276.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | 2018 Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Speak, Emily | Associate. Joined the firm as an Associate in 2013. Member of CA Bar since 2013. | 760 | 52.1 | $39,596.00 |
| Cassidy, Dylan S. | Associate. Joined the Firm as an Associate in 2015. Member of NY Bar since 2016. | 755 | 174.9 | $132,049.50 |
| Park, Jean | Associate. Joined the firm as an Associate in 2014. Member of CA Bar since 2014. | 720 | 4.1 | $2,952.00 |
| Organek, William A. | Associate. Joined the Firm as an Associate in 2017. Member of NY Bar since 2016. | 695 | 67.9 | $47,190.50 |
| Dun, Elisa | Associate. Joined the Firm as an Associate in 2016. Member of NY Bar since 2016. | 695 | 1.2 | $834.00 |
| Schmeltz, Brittany N | Associate. Joined the firm as an associate in 2016. Member of CA Bar since 2016. | 595 | 7.7 | $4,581.50 |
| Ziv, Maya | Associate. Joined the firm as an associate in 2018. Member of CA Bar since 2016. | 595 | 2.8 | $1,666.00 |
| Weiss, Charles A. | Associate. Joined the Firm as an Associate in 2017. Member of CA Bar since 2017. | 525 | 3 | $1,575.00 |
| Thompson, Kylie* | Associate. Joined the Firm as an Associate in 2017.  *CA State Bar number pending; not currently licensed to practice in the state of California. | 525 | 4.9 | $2,572.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | 2018 Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Whalen, Kathleen | Paralegal | 490 | .8 | $392.00 |
| Kann, Stephanie S. | Paralegal | 470 | 1 | $470.00 |
| Amponsah, Duke | Paralegal | 440 | 29 | $12,760.00 |
| Santos, Pamela | Paralegal | 420 | 10.7 | $4,494.00 |
| Yang, Eric | Paralegal | 395 | 0.5 | $197.50 |
| Green, Corey | eDiscovery Analyst | 380 | 0.5 | $190.00 |
| | | | Sub-Total | $1,442,593.50 |
| | | Non-Working Travel Discount | | ($28,994.75) |
| | | | Total | 1497.5 | $1,413,598.75 |
| | | | Blended Rate: | $963.33 |

Docket #0804  Date Filed: 9/12/2018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| VER TECHNOLOGIES HOLDCO LLC, *et al.*,[1] | ) Case No. 18-10834 (KG) |
| Debtors. | ) (Jointly Administered) |

**SUMMARY COVER SHEET TO THE
FINAL FEE APPLICATION OF KIRKLAND & ELLIS LLP
AND KIRKLAND & ELLIS INTERNATIONAL LLP, ATTORNEYS
FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE
PERIOD FROM APRIL 5, 2018 THROUGH AND INCLUDING JULY 26, 2018**

In accordance with the Local Bankruptcy Rules for the District of Delaware (the "Local Bankruptcy Rules"), Kirkland & Ellis LLP and Kirkland & Ellis International LLP (collectively, "K&E"), attorneys for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), submits this summary (this "Summary") of fees and expenses sought as actual, reasonable, and necessary in the fee application to which this Summary is attached (the "Fee Application")[2] for the period from April 5, 2018 through July 26, 2018 (the "Fee Period").

K&E submits the Fee Application as a final fee application in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 229] (the "Interim Compensation Order").

| *General Information* | |
|---|---|
| Name of Applicant: | Kirkland & Ellis LLP and Kirkland & Ellis International LLP |
| Authorized to Provide Services to: | VER Technologies HoldCo LLC, *et al.* |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: VER Technologies HoldCo LLC (7239); VER Technologies MidCo LLC (7482); VER Technologies LLC (7501); Full Throttle Films, LLC (0487); FAAST Leasing California, LLC (7857); Revolution Display, LLC (6711); VER Finco, LLC (5625); CPV Europe Investments LLC (2533); and Maxwell Bay Holdings LLC (3433). The location of the Debtors' service address is: 757 West California Avenue, Building 4, Glendale, California 91203.

[2] Capitalized terms used but not otherwise defined in this Summary shall have the meanings ascribed to such terms in the Fee Application.

¨1¤q(B2),     '£«

1810834180912000000000007

## Attorneys

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Mike Beinus, P.C. | Partner | Taxation | 1999 | $8,882.50 | 5.50 | N/A | $1,615.00 | $1,615.00 | $8,882.50 |
| Ryan Blaine Bennett | Partner | Restructuring | 2000 | $676,732.50 | 474.90 | N/A | $1,425.00 | $1,425.00 | $676,732.50 |
| David I. Horowitz, P.C. | Partner | Litigation | 2004 | $354,904.50 | 318.30 | N/A | $1,115.00 | $1,115.00 | $354,904.50 |
| Ian G. John, P.C. | Partner | Litigation | 1996 | $3,812.50 | 2.50 | N/A | $1,525.00 | $1,525.00 | $3,812.50 |
| Jason Kanner, P.C. | Partner | Corporate | 1998 | $27,075.00 | 19.00 | N/A | $1,425.00 | $1,425.00 | $27,075.00 |
| Kenneth R. Lench | Partner | Litigation | 1990 | $3,496.50 | 2.70 | N/A | $1,295.00 | $1,295.00 | $3,496.50 |
| Matthew Lovell | Partner | Technology & IP Transactions | 2002 | $4,980.00 | 4.00 | N/A | $1,245.00 | $1,245.00 | $4,980.00 |
| Wolfgang Nardi | Partner | Corporate | 2002 | $995.00 | 1.00 | N/A | $995.00 | $995.00 | $995.00 |
| R. Alexander Pilmer, P.C. | Partner | Litigation | 1993 | $19,800.00 | 14.40 | N/A | $1,375.00 | $1,375.00 | $19,800.00 |
| Jay Bhimani | Partner | Litigation | 2009 | $51,936.50 | 49.70 | N/A | $1,045.00 | $1,045.00 | $51,936.50 |
| Tim Cruckshank | Partner | Corporate | 2011 | $2,748.00 | 2.40 | N/A | $1,145.00 | $1,145.00 | $2,748.00 |
| Rana B. Dawson | Partner | Litigation | 2008 | $12,470.00 | 11.60 | N/A | $1,075.00 | $1,075.00 | $12,470.00 |
| Aprajita Dhundia | Partner | Corporate | 2007 | $555.00 | 0.50 | N/A | $1,110.00 | $1,110.00 | $555.00 |
| Lindsay Edkins | Partner | Corporate | 2001 | $235.00 | 0.20 | N/A | $1,175.00 | $1,175.00 | $235.00 |
| Susan D. Golden | Partner | Restructuring | 1988 | $71,164.50 | 68.10 | N/A | $1,045.00 | $1,045.00 | $71,164.50 |
| Erik Hepler | Partner | Corporate | 1990 | $1,012.00 | 0.80 | N/A | $1,265.00 | $1,265.00 | $1,012.00 |
| Carla A.R. Hine | Partner | Litigation | 2005 | $2,090.00 | 2.00 | N/A | $1,045.00 | $1,045.00 | $2,090.00 |
| Matthew D. Keiser | Partner | Labor & Employment | 1998 | $38,557.50 | 29.10 | N/A | $1,325.00 | $1,325.00 | $38,557.50 |
| Kathryn Keves Leonard | Partner | Corporate | 2010 | $62,821.50 | 57.90 | N/A | $1,085.00 | $1,085.00 | $62,821.50 |
| Bryan M. O'Keefe | Partner | Labor & Employment | 2011 | $294.00 | 0.30 | N/A | $980.00 | $980.00 | $294.00 |
| Jennifer Pepin | Partner | Executive Compensation | 2009 | $1,443.00 | 1.30 | N/A | $1,110.00 | $1,110.00 | $1,443.00 |
| Cristine Pirro | Partner | Restructuring | 2011 | $752,086.50 | 719.70 | N/A | $1,045.00 | $1,045.00 | $752,086.50 |
| William T. Pruitt | Partner | Litigation | 2004 | $26,799.50 | 24.70 | N/A | $1,085.00 | $1,085.00 | $26,799.50 |
| Katherine A. Rocco | Partner | Litigation | 2010 | $5,852.00 | 5.60 | N/A | $1,045.00 | $1,045.00 | $5,852.00 |
| Kristin Rose | Partner | Litigation | 2011 | $265,678.00 | 271.10 | N/A | $980.00 | $980.00 | $265,678.00 |
| Michael A. Schulman | Partner | Labor & Employment | 2012 | $5,586.00 | 5.70 | N/A | $980.00 | $980.00 | $5,586.00 |
| Anthony Vincenzo Sexton | Partner | Taxation | 2011 | $226.00 | 0.20 | N/A | $1,130.00 | $1,130.00 | $226.00 |
| Eric Sievertsen | Partner | Corporate | 2009 | $18,080.00 | 16.00 | N/A | $1,130.00 | $1,130.00 | $18,080.00 |
| Vincent Thorn | Partner | Taxation | 2009 | $23,302.50 | 19.50 | N/A | $1,195.00 | $1,195.00 | $23,302.50 |
| Evgeny Zborovsky | Partner | Corporate | 2009 | $1,130.00 | 1.00 | N/A | $1,130.00 | $1,130.00 | $1,130.00 |
| Jack N. Bernstein | Of Counsel | Employee Benefits | 1995 | $7,530.00 | 6.00 | N/A | $1,255.00 | $1,255.00 | $7,530.00 |
| Tim Stephenson | Of Counsel | Labor & Employment | 1990 | $79,500.00 | 60.00 | N/A | $1,325.00 | $1,325.00 | $79,500.00 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Elina Alperovich | Associate | Corporate | 2014 | $5,600.00 | 6.40 | 1 | $875.00 | $875.00 | $5,600.00 |
| | | | | $2,280.00 | 2.40 | | $950.00 | $875.00 | $2,100.00 |
| Travis M. Bayer | Associate | Restructuring | 2012 | $279,296.50 | 280.70 | 1 | $995.00 | $995.00 | $279,296.50 |
| | | | | $151,420.50 | 144.90 | | $1,045.00 | $995.00 | $144,175.50 |
| David Brigleb | Associate | Real Estate | 2014 | $1,312.50 | 1.50 | N/A | $875.00 | $875.00 | $1,312.50 |
| Gavin Campbell | Associate | Litigation | 2012 | $177,745.00 | 187.10 | 1 | $950.00 | $950.00 | $177,745.00 |
| | | | | $36,554.00 | 37.30 | | $980.00 | $950.00 | $35,435.00 |
| Marcelo A. de Antunano | Associate | Corporate | 2017 | $74,074.00 | 96.20 | 1 | $770.00 | $770.00 | $74,074.00 |
| | | | | $10,850.00 | 12.40 | | $875.00 | $770.00 | $9,548.00 |
| Jimin He | Associate | Corporate | 2018 | $4,600.00 | 8.00 | N/A | $575.00 | $575.00 | $4,600.00 |
| Edward Hillenbrand | Associate | Litigation | 2013 | $950.00 | 1.00 | N/A | $950.00 | $950.00 | $950.00 |
| Fabrice Hipp | Associate | Corporate | 2017 | $10,230.00 | 22.00 | N/A | $465.00 | $465.00 | $10,230.00 |
| Sable Hodson | Associate | Litigation | 2016 | $80,190.00 | 121.50 | N/A | $660.00 | $660.00 | $80,190.00 |
| Derek I. Hunter | Associate | Restructuring | 2017 | $341,685.00 | 506.20 | 1 | $675.00 | $675.00 | $341,685.00 |
| | | | | $117,810.00 | 153.00 | | $770.00 | $675.00 | $103,275.00 |
| Kevin F. Jacobsen | Associate | Technology & IP Transactions | 2016 | $337.50 | 0.50 | 1 | $675.00 | $675.00 | $337.50 |
| | | | | $7,546.00 | 9.80 | | $770.00 | $675.00 | $6,615.00 |
| Sydney Jones | Associate | Labor & Employment | 2014 | $13,148.00 | 17.30 | 1 | $760.00 | $760.00 | $13,148.00 |
| | | | | $510.00 | 0.60 | | $850.00 | $760.00 | $456.00 |
| Alexander Laengsfeld | Associate | Corporate | 2012 | $17,784.00 | 23.40 | N/A | $760.00 | $760.00 | $17,784.00 |
| Eric J. Langston | Associate | Restructuring | 2016 | $183,137.50 | 318.50 | 1 | $575.00 | $575.00 | $183,137.50 |
| | | | | $50,827.50 | 75.30 | | $675.00 | $575.00 | $43,297.50 |
| Yosef A. Mahmood | Associate | Litigation | 2014 | $166,734.00 | 188.40 | 1 | $885.00 | $885.00 | $166,734.00 |
| | | | | $5,225.00 | 5.50 | | $950.00 | $885.00 | $4,867.50 |
| Lexie Maravich | Associate | Taxation | 2015 | $11,724.50 | 13.10 | N/A | $895.00 | $895.00 | $11,724.50 |
| Jamie Rose Netznik | Associate | Restructuring | 2013 | $405,080.00 | 426.40 | 1 | $950.00 | $950.00 | $405,080.00 |
| | | | | $7,860.50 | 7.90 | | $995.00 | $950.00 | $7,505.00 |
| Sola Paterson-Marke | Associate | Corporate | 2017 | $14,175.00 | 21.00 | 1 | $675.00 | $675.00 | $14,175.00 |
| | | | | $616.00 | 0.80 | | $770.00 | $675.00 | $540.00 |
| Patrick Leonard Prin | Associate | Corporate | 2016 | $20,020.00 | 26.00 | N/A | $770.00 | $770.00 | $20,020.00 |
| Tyler Orrin Richardson | Associate | Executive Compensation | Pending | $805.00 | 1.40 | N/A | $575.00 | $575.00 | $805.00 |
| Matthew John Smart | Associate | Restructuring | 2016 | $300,645.00 | 445.40 | 1 | $675.00 | $675.00 | $300,645.00 |
| | | | | $116,732.00 | 151.60 | | $770.00 | $675.00 | $102,330.00 |
| Jessica Subler | Associate | Corporate | 2014 | $33,060.00 | 34.80 | N/A | $950.00 | $950.00 | $33,060.00 |
| Raychelle Ann Tasher | Associate | Restructuring | 2014 | $227,010.00 | 394.80 | N/A | $575.00 | $575.00 | $227,010.00 |
| Oliver Trotman | Associate | Corporate | 2017 | $6,267.50 | 10.90 | N/A | $575.00 | $575.00 | $6,267.50 |
| Scott J. Vail | Associate | Restructuring | 2016 | $380,970.00 | 564.40 | 1 | $675.00 | $675.00 | $380,970.00 |
| | | | | $134,365.00 | 174.50 | | $770.00 | $675.00 | $117,787.50 |
| **Totals for Attorneys** | | | | **$5,930,953.50** | **6,688.60** | | | | **$5,866,289.00** |

**Paraprofessionals**

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Anthony Abate | Paralegal | Restructuring | N/A | $248.00 | 0.80 | N/A | $310.00 | $310.00 | $248.00 |
| Vanjo Lickhalter | Paralegal | Litigation | N/A | $30,020.00 | 79.00 | N/A | $380.00 | $380.00 | $30,020.00 |
| Carrie Therese Oppenheim | Paralegal | Restructuring | N/A | $1,271.00 | 3.10 | N/A | $410.00 | $410.00 | $1,271.00 |
| Robert Orren | Paralegal | Restructuring | N/A | $494.00 | 1.30 | N/A | $380.00 | $380.00 | $494.00 |
| Henry Rosas | Paralegal | Corporate | N/A | $86.00 | 0.20 | N/A | $430.00 | $430.00 | $86.00 |
| Laura Saal | Paralegal | Restructuring | N/A | $57,304.00 | 150.80 | N/A | $380.00 | $380.00 | $57,304.00 |
| Amanda Solis | Paralegal | Restructuring | N/A | $7,223.00 | 23.30 | N/A | $310.00 | $310.00 | $7,223.00 |
| Ryan Besaw | Junior Paralegal | Restructuring | N/A | $50.00 | 0.20 | N/A | $250.00 | $250.00 | $50.00 |
| Allison Biolsi | Junior Paralegal | Corporate | N/A | $920.00 | 4.00 | N/A | $230.00 | $230.00 | $920.00 |
| Julia R. Foster | Junior Paralegal | Restructuring | N/A | $400.00 | 1.60 | N/A | $250.00 | $250.00 | $400.00 |
| Katie Kane | Junior Paralegal | Restructuring | N/A | $2,645.00 | 11.50 | N/A | $230.00 | $230.00 | $2,645.00 |
| Hannah Kupsky | Junior Paralegal | Restructuring | N/A | $29,463.00 | 128.10 | N/A | $230.00 | $230.00 | $29,463.00 |
| David Reisman | Junior Paralegal | Corporate | N/A | $122.50 | 0.50 | N/A | $245.00 | $245.00 | $122.50 |
| Stephanie S. Rosa | Junior Paralegal | Litigation | N/A | $427.50 | 1.90 | N/A | $225.00 | $225.00 | $427.50 |
| Dan Varn | Junior Paralegal | Restructuring | N/A | $500.00 | 2.00 | N/A | $250.00 | $250.00 | $500.00 |
| Michael Y. Chan | Conflicts Analyst | Conflicts Analysis | N/A | $12,980.00 | 59.00 | N/A | $220.00 | $220.00 | $12,980.00 |
| Alli Graybill | Conflicts Analyst | Conflicts Analysis | N/A | $5,180.00 | 18.50 | N/A | $280.00 | $280.00 | $5,180.00 |
| Samuel Miller | Conflicts Analyst | Conflicts Analysis | N/A | $9,240.00 | 42.00 | N/A | $220.00 | $220.00 | $9,240.00 |
| Cecilia Tesdahl | Merger/Acquisitions Clearance Coordinator | Litigation | N/A | $455.00 | 1.30 | N/A | $350.00 | $350.00 | $455.00 |
| Colleen C. Caamano | Litigation Support Specialist | Litigation | N/A | $49,284.00 | 136.90 | N/A | $360.00 | $360.00 | $49,284.00 |
| Jason A. Goodman | Litigation Support Specialist | Litigation | N/A | $648.00 | 1.80 | N/A | $360.00 | $360.00 | $648.00 |
| James McIntyre | Litigation Support Specialist | Litigation | N/A | $7,560.00 | 21.00 | N/A | $360.00 | $360.00 | $7,560.00 |
| Wendy D. Mitchell | Litigation Support Specialist | Litigation | N/A | $16,236.00 | 45.10 | N/A | $360.00 | $360.00 | $16,236.00 |
| Nancy L. Perkins | Litigation Support Specialist | Litigation | N/A | $720.00 | 2.00 | N/A | $360.00 | $360.00 | $720.00 |
| Library Document Retrieval | Research Specialist | Administrative Services | N/A | $153.00 | 0.60 | N/A | $255.00 | $255.00 | $153.00 |
| Library Factual Research | Research Specialist | Administrative Services | N/A | $1,621.50 | 4.70 | N/A | $345.00 | $345.00 | $1,621.50 |
| **Totals for Paraprofessionals** | | | | **$235,251.50** | **741.20** | | | | **$235,251.50** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                : Chapter 11
                                      :
Rentech WP U.S. Inc., *et al.*,[1]    : Case No. 17-12958 (CSS)
                                      :
    Debtors.       : (Jointly Administered)
                                      :
                                      : **Objection Deadline: March 2, 2018 at 4:00 p.m. (ET)**
                                      :
---------------------------------------------------------x

**SECOND MONTHLY APPLICATION OF LATHAM & WATKINS LLP FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS
CO-COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION
<u>FOR THE PERIOD FROM JANUARY 1, 2018 THROUGH JANUARY 31, 2018</u>**

| | |
|---|---|
| Name of Applicant: | <u>Latham & Watkins LLP</u> |
| Authorized to Provide Professional Services to: | <u>the above-captioned debtors and debtors in possession</u> |
| Date of Retention: | <u>January 29, 2018 *nunc pro tunc* to December 19, 2017</u> |
| Period for which compensation and reimbursement are sought: | <u>January 1, 2018 through January 31, 2018</u> |
| Amount of Compensation sought as actual, reasonable, and necessary: | <u>$858,546.50 (80% = $686,837.20)</u> |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | <u>$4,824.04</u> |
| This is a(n): <u>X</u> monthly ___ interim ___ final application | |

This monthly application includes 0.00 hours with a value of $0.00 incurred in connection with the preparation of Fee Applications.

---

[1] The Debtors, together with the last four digits of each Debtor's U.S. federal tax identification number, are Rentech WP U.S. Inc. (7863) and Rentech, Inc. (7421). The address for the Debtors is 10880 Wilshire Boulevard, Suite 1101, Los Angeles, CA 90024.

US-DOCS\98765354.3

**COMPENSATION BY PROFESSIONAL**
**JANUARY 1, 2018 THROUGH JANUARY 31, 2018**

| Name of Professional | Position of the Applicant, Date of Hire, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Alexander F. Cohen | Partner. Joined firm in 2009. Member of New York Bar since 1988. Member of DC Bar since 2009. | $1,395 | 1.0 | $1,395.00 |
| Samuel R. Weiner | Partner. Joined firm in 1987. Member of California Bar since 1987. | $1,395 | 11.2 | $15,624.00 |
| Peter M. Gilhuly | Partner. Joined firm in 1990. Member of California Bar since 1990. | $1,295 | 119.4 | $161,190.00 |
| Joseph M. Kronsnoble | Partner. Joined firm in 1991. Member of Illinois Bar since 1991. | $1,295 | 1.4 | $1,813.00 |
| Peter Rosen | Partner. Joined firm in 2004. Member of California Bar since 1978. | $1,250 | 1.0 | $1,250.00 |
| Larry Seymour | Partner. Joined firm in 2005. Member of New York Bar since 2002. Member of California Bar since 2006. | $1,250 | 0.3 | $375.00 |
| Michael Feeley | Partner. Joined firm in 1988. Member of California Bar since 1988. | $1,190 | 1.1 | $1,309.00 |
| John Jameson | Partner. Joined firm in 1985. Member of California Bar since 1985. | $1,190 | 17.0 | $20,230.00 |
| Kim Boras | Partner. Joined firm in 1990. Member of California Bar since 1990. Member of New York Bar since 2001. | $1,130 | 0.7 | $791.00 |
| Brian Glennon | Partner. Joined firm in 2001. Member of California Bar since 2000. | $1,060 | 4.9 | $5,194.00 |
| David Zaheer | Partner. Joined firm in 2005. Member of California Bar since 2001. | $1030 | 26.4 | $27,192.00 |
| Julie Crisp | Partner. Joined firm in 2009. Member of California Bar since 2009. | $1030 | 0.6 | $618.00 |
| Kimberly A. Posin | Partner. Joined firm in 2002. Member of California Bar since 2002. | $1030 | 171.4 | $176,542.00 |
| Elizabeth Oh | Counsel. Joined firm in 2006. Member of California Bar since 2006. | $990 | 34.1 | $33,759.00 |
| Aron Potash | Counsel. Joined firm in 2007. Member of California Bar since 2007. | $990 | 21.1 | $20,889.00 |

US-DOCS\98765354.3

| Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| Ghaith Mahmood | Counsel.  Joined firm in 2007.  Member of California Bar since 2007. | $990 | 0.7 | $693.00 |
| Adam E. Malatesta | Associate.  Joined firm in 2010.  Member of California Bar since 2010. | $975 | 219.5 | $214,012.50 |
| Katherine Palmer-Ball | Associate.  Joined firm in 2010.  Member of New York Bar since 2010.  Member of DC Bar since 2013. | $975 | 0.6 | $585.00 |
| Drew Levin | Associate. Joined firm in 2009.  Member of California Bar since 2009. | $975 | 0.3 | $292.50 |
| Tracy Tong | Associate.  Joined firm in 2015.  Member of New York Bar since 2012.  Member of California Bar since 2015. | $975 | 64.4 | $62,790.00 |
| Joseph Curran | Associate.  Joined firm in 2015.  Member of Massachusetts Bar since 2013. | $960 | 7.6 | $7,296.00 |
| Jordan Cook | Associate.  Joined firm in 2017.  Member of California Bar since 2013. | $885 | 5.0 | $4,425.00 |
| Craig Fitch | Associate.  Joined firm in 2015.  Member of New York Bar since 2016.  Member of California Bar since 2017. | $755 | 15.1 | $11,400.50 |
| Shawn P. Hansen | Associate.  Joined firm in 2015.  Member of California Bar since 2015. | $755 | 110.4 | $83,352.00 |
| Peter Jackson | Associate.  Joined firm in 2016.  Member of California Bar since 2016 | $660 | 1.0 | $660.00 |
| Anna Kwan | Senior Paralegal.  Joined firm in 2000. | $405 | 0.7 | $283.50 |
| Anthony Lebron | Senior Paralegal.  Joined firm in 2000. | $385 | 3.9 | $1,501.50 |
| Rick Webster | Paralegal.  Joined firm in 2017. | $380 | 5.5 | $2,090.00 |
| Khadijah Fields | Litigation Services Senior Coordinator.  Joined firm in 2006. | $305 | 1.0 | $305.00 |
| Matthew Baier | Litigation Services Coordinator.  Joined firm in 2011. | $265 | 1.9 | $503.50 |
| Hector Munoz | Litigation Services.  Joined firm in 1996. | $265 | 0.7 | $185.50 |
| TOTAL | | | 849.9 | $858,546.50 |

Grand Total	$858,546.50
Total Hours	849.9
Blended Rate	$1,010.17

US-DOCS\98765354.3