# EXHIBIT G

# MILLER BARONDESS, LLP

1999 AVENUE OF THE STARS, SUITE 1000
LOS ANGELES, CA 90067

(310) 552-4400

TAX IDENTIFICATION NO. 20-4939800

Statement as of February 28, 2021
Statement No. 21860

Snap, Inc.

███████████████

| Matter | Current Billing | Previous Balance |
|--------|----------------:|-----------------:|
| 1307-005 | 5,932.50 | 0.00 |
| Fire at 723 Oceanfront Walk | | |
| Client Matter ID: snap-8313659 | | |
| | 5,932.50 | 0.00 |
| **Total Now Due:** | | **5,932.50** |

REMITTANCE OF PAYMENT CAN BE MADE BY WIRE TRANSFER TO OUR ACCOUNT AS FOLLOWS:

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

| BANKER | BANK ABA NO. | ACCOUNT NO. | BENEFICIARY |
|--------|--------------|-------------|-------------|
| JEANETTE PEEVY | 322070381 | 81181067 | MILLER BARONDESS, LLP |
| (310) 861-2153 | | | |

## MILLER BARONDESS, LLP
1999 AVENUE OF THE STARS, SUITE 1000
LOS ANGELES, CA 90067
(310) 552-4400
TAX IDENTIFICATION NO. 20-4939800

Statement as of February 28, 2021
Statement No. 21860

Snap, Inc.



1307-005:  Fire at 723 Oceanfront Walk

**Professional Fees**

| Date | | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 02/03/2021 | AZS | A106 | L190 | Telephone conference with client re new matter. | 0.30 | 675.00 | 202.50 |
| 02/03/2021 | AZS | A106 | L120 | Review and analyze lease, sublease, and other key documents. | 1.30 | 675.00 | 877.50 |
| 02/03/2021 | AZS | A106 | L120 | Correspondence with client re potential issues relating to landlord's threats and demands. | 0.80 | 675.00 | 540.00 |
| 02/03/2021 | JPN | A102 | L120 | Research re rights and responsibilities re homeless encampments. | 1.10 | 550.00 | 605.00 |
| 02/03/2021 | JPN | A103 | L120 | Draft summary re research on building occupant's rights re homeless encampments. | 0.40 | 550.00 | 220.00 |
| 02/04/2021 | AZS | A106 | L120 | Telephone conference with client re key issues. | 0.50 | 675.00 | 337.50 |
| 02/04/2021 | AZS | A104 | L110 | Review and analyze new documents from client. | 0.30 | 675.00 | 202.50 |
| 02/04/2021 | AZS | A107 | L120 | Correspondence with attorney re ▮▮▮▮▮▮▮▮ | 0.40 | 675.00 | 270.00 |
| 02/04/2021 | JPN | A104 | L120 | Strategize re ▮▮▮▮▮▮▮ | 0.60 | 550.00 | 330.00 |
| 02/08/2021 | JPN | A103 | L120 | Draft and revise letter re insurance coverage and loss of building. | 0.90 | 550.00 | 495.00 |
| 02/09/2021 | AZS | A103 | L190 | Review and revise letter. | 0.50 | 675.00 | 337.50 |
| 02/09/2021 | AZS | A107 | L120 | Correspondence with attorney re strategy and letter. | 0.30 | 675.00 | 202.50 |
| 02/09/2021 | AZS | A106 | L120 | Correspondence with client re letter about fire and insurance coverage. | 0.40 | 675.00 | 270.00 |
| 02/10/2021 | JPN | A103 | L110 | Revise and finalize letter to B. Schonbrun. | 0.30 | 550.00 | 165.00 |

**Miller Barondess, LLP**

Matter ID  1307-005

Page:  2

Stmt No:  21860

February 28, 2021

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 02/10/2021 | AZS | A106 | L120 | Correspondence with client and attorney re revisions to letter. | 0.50 | 675.00 | 337.50 |
| 02/10/2021 | AZS | A103 | L140 | Review and revise letter. | 0.40 | 675.00 | 270.00 |
| 02/24/2021 | AZS | A104 | L120 | Review and analyze history of correspondence and correspondence client thereof. | 0.40 | 675.00 | 270.00 |

Sub-total Fees:  5,932.50

**Rate Summary**

| | | | |
|---|---|---|---|
| Jessica P.G. Newman | 3.30 hours at $ 550.00/hr | 1,815.00 |
| Amnon Z. Siegel | 6.10 hours at $ 675.00/hr | 4,117.50 |
| Total hours: | 9.40 | |

Current Billing:  5,932.50

Previous Balance:  0.00

Payments:  0.00

**Total Due Upon Receipt:  5,932.50**

For billing questions, please contact:

billing@millerbarondess.com
(310) 552-4400

**Exhibit G
Page 94**

**REMITTANCE COPY**
**Return with Payment**

Snap, Inc.

Statement Number:  21860
Statement Date:  02/28/2021
Matter ID:  1307-005

**Amount Due:**    **5,932.50**

**PLEASE REMIT TO:**

# MILLER BARONDESS, LLP

1999 AVENUE OF THE STARS, SUITE 1000
LOS ANGELES, CA 90067
(310) 552-4400

# MILLER BARONDESS, LLP

1999 AVENUE OF THE STARS, SUITE 1000
LOS ANGELES, CA 90067
(310) 552-4400
TAX IDENTIFICATION NO. 20-4939800

Statement as of September 30, 2021
Statement No. 23688

Snap, Inc.

██████████████████

| Matter | Current Billing | Previous Balance |
|---|---|---|
| 1307-005 | 17,685.00 | 0.00 |
| Fire at 723 Oceanfront Walk | | |
| Client Matter ID: snap-8313659 | | |
| | 17,685.00 | 0.00 |
| | **Total Now Due:** | **17,685.00** |

REMITTANCE OF PAYMENT CAN BE MADE BY WIRE TRANSFER TO OUR ACCOUNT AS FOLLOWS:

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

| BANKER | BANK ABA NO. | ACCOUNT NO. | BENEFICIARY |
|---|---|---|---|
| JEANETTE PEEVY | 322070381 | 81181067 | MILLER BARONDESS, LLP |
| (310) 861-2153 | | | |

# MILLER BARONDESS, LLP

1999 AVENUE OF THE STARS, SUITE 1000
LOS ANGELES, CA 90067
(310) 552-4400
TAX IDENTIFICATION NO. 20-4939800

Statement as of September 30, 2021
Statement No. 23688

Snap, Inc.

█████████████████

1307-005:  Fire at 723 Oceanfront Walk

**Professional Fees**

| Date | | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 9/10/2021 | AMA | A104 | L100 | Review and analyze pleadings and correspondence. | 1.10 | 550.00 | 605.00 |
| 9/10/2021 | AMA | A105 | L100 | Strategize re ███████████ | 0.70 | 550.00 | 385.00 |
| 9/13/2021 | AMA | A104 | L210 | Review and analyze claims in complaint. | 1.70 | 550.00 | 935.00 |
| 9/14/2021 | AZS | A104 | L210 | Review and analyze complaint and strategize re ████████ | 1.00 | 675.00 | 675.00 |
| 9/14/2021 | AMA | A104 | L210 | Review and analyze breach of contract cause of action. | 1.70 | 550.00 | 935.00 |
| 9/14/2021 | AMA | A102 | L210 | Conduct legal research re nuisance cause of action. | 1.20 | 550.00 | 660.00 |
| 9/15/2021 | AZS | A101 | L210 | Strategize re ██████████ | 0.30 | 675.00 | 202.50 |
| 9/15/2021 | AMA | A102 | L210 | Conduct legal research re RICO and breach of contract claims. | 1.90 | 550.00 | 1,045.00 |
| 9/15/2021 | AMA | A103 | L210 | Draft analysis of complaint's causes of actions. | 3.10 | 550.00 | 1,705.00 |
| 9/16/2021 | AZS | A104 | L210 | Review and analyze demand letter and correspondence with client and counsel re same. | 0.40 | 675.00 | 270.00 |
| 9/17/2021 | AZS | A104 | L210 | Review and revise legal issues re claims in complaint. | 0.90 | 675.00 | 607.50 |
| 9/17/2021 | AMA | A102 | L210 | Conduct legal research re RICO and standing issues. | 2.60 | 550.00 | 1,430.00 |
| 9/20/2021 | AZS | A104 | L210 | Analysis re claims in complaint and response to request for mediation. | 0.30 | 675.00 | 202.50 |
| 9/20/2021 | AMA | A103 | L120 | Draft letter in response to plaintiff's 9/8/2021 demand letter. | 4.30 | 550.00 | 2,365.00 |
| 9/22/2021 | AZS | A104 | L120 | Review and revise letter to plaintiff re request for mediation. | 0.40 | 675.00 | 270.00 |
| 9/22/2021 | AMA | A103 | L120 | Draft letter in response to plaintiff's | 4.20 | 550.00 | 2,310.00 |

**Miller Barondess, LLP**

Page: 2

Matter ID 1307-005

Stmt No: 23688
September 30, 2021

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | 9/8/2021 demand letter. | | | |
| 9/23/2021 | AMA | A103 | L120 | Revise letter to opposing counsel. | 0.80 | 550.00 | 440.00 |
| 9/23/2021 | AZS | A104 | L210 | Review and revise letter to opposing counsel and analyze claims against Snap. | 1.40 | 675.00 | 945.00 |
| 9/27/2021 | AZS | A106 | L210 | Correspondence with client re ████████████████████ | 0.60 | 675.00 | 405.00 |
| 9/29/2021 | AMA | A103 | L120 | Revise letter to opposing counsel per client comments. | 0.50 | 550.00 | 275.00 |
| 9/29/2021 | AZS | A106 | L210 | Correspondence with client re letter responding to mediation request. | 0.30 | 675.00 | 202.50 |
| 9/30/2021 | AMA | A103 | L210 | Prepare waiver of service to complaint. | 0.50 | 550.00 | 275.00 |
| 9/30/2021 | AZS | A104 | L120 | Review and revise letter to Plaintiff re demand for mediation. | 0.40 | 675.00 | 270.00 |
| 9/30/2021 | AZS | A101 | L120 | Strategize re ████████████ | 0.40 | 675.00 | 270.00 |

Sub-total Fees: 17,685.00

**Rate Summary**

| | | |
|---|---|---|
| Adam M. Agatston | 24.30 hours at $ 550.00/hr | 13,365.00 |
| Amnon Z. Siegel | 6.40 hours at $ 675.00/hr | 4,320.00 |
| Total hours: | 30.70 | |

**Payments**

| | | | |
|---|---|---|---|
| 5/6/2021 | Payment | Thank You | 5,932.50 |

Sub-total Payments: 5,932.50

**Exhibit G**
**Page 98**

**Miller Barondess, LLP**                                                        Page:  3

Matter ID  1307-005                                                        Stmt No:  23688

September 30, 2021

|                              |            |
| ---------------------------- | ---------: |
| Current Billing:             |  17,685.00 |
| Previous Balance:            |   5,932.50 |
| Payments:                    |   5,932.50 |
| **Total Due Upon Receipt:**  | **17,685.00** |

For billing questions, please contact:

billing@millerbarondess.com
(310) 552-4400

**Exhibit G**
**Page 99**

**REMITTANCE COPY**
**Return with Payment**

Snap, Inc.

| | |
|---|---|
| Statement Number: | 23688 |
| Statement Date: | 9/30/2021 |
| Matter ID: | 1307-005 |

**Amount Due:**    **17,685.00**

**PLEASE REMIT TO:**

# MILLER  BARONDESS,  LLP

1999 AVENUE OF THE STARS, SUITE 1000
LOS ANGELES, CA 90067
(310) 552-4400

**Exhibit G**
**Page 100**

# MILLER BARONDESS, LLP

1999 AVENUE OF THE STARS, SUITE 1000
LOS ANGELES, CA 90067
(310) 552-4400
TAX IDENTIFICATION NO. 20-4939800

Statement as of October 31, 2021
Statement No. 23996

Snap, Inc.

███████████████

| Matter | Current Billing | Previous Balance |
|---|---|---|
| 1307-005 | 26,913.74 | 17,685.00 |
| Fire at 723 Oceanfront Walk | | |
| Client Matter ID: snap-8313659 | | |
| | 26,913.74 | 17,685.00 |
| **Total Now Due:** | | **44,598.74** |

REMITTANCE OF PAYMENT CAN BE MADE BY WIRE TRANSFER TO OUR ACCOUNT AS FOLLOWS:

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

| BANKER | BANK ABA NO. | ACCOUNT NO. | BENEFICIARY |
|---|---|---|---|
| JEANETTE PEEVY | 322070381 | 81181067 | MILLER BARONDESS, LLP |
| (310) 861-2153 | | | |

# MILLER BARONDESS, LLP
### 1999 AVENUE OF THE STARS, SUITE 1000
### LOS ANGELES, CA 90067
### (310) 552-4400
TAX IDENTIFICATION NO. 20-4939800

Statement as of October 31, 2021
Statement No. 23996

Snap, Inc.

██████████████████

1307-005: Fire at 723 Oceanfront Walk

**Professional Fees**

| Date | | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 10/11/2021 | AZS | A103 | L210 | Review and revise meet and confer letter on motion to dismiss. | 0.70 | 675.00 | 472.50 |
| 10/11/2021 | AMA | A103 | L240 | Draft meet and confer letter re Snap's motion to dismiss complaint. | 2.30 | 550.00 | 1,265.00 |
| 10/12/2021 | AZS | A103 | L210 | Review and revise meet and confer letter to opposing counsel re motion to dismiss. | 0.20 | 675.00 | 135.00 |
| 10/12/2021 | AMA | A103 | L240 | Draft legal standard section and breach of contract section of outline of motion to dismiss. | 5.70 | 550.00 | 3,135.00 |
| 10/12/2021 | AMA | A102 | L240 | Conduct legal research re causation issue. | 1.00 | 550.00 | 550.00 |
| 10/13/2021 | AZS | A103 | L210 | Review and revise letter to Landlord re anticipated motion to dismiss. | 0.70 | 675.00 | 472.50 |
| 10/13/2021 | AMA | A104 | L240 | Review meet and confer letter re motion to dismiss. | 0.50 | 550.00 | 275.00 |
| 10/13/2021 | AMA | A103 | L240 | Draft section of outline of motion to dismiss re fraud and RICO claims. | 3.60 | 550.00 | 1,980.00 |
| 10/15/2021 | AMA | A103 | L240 | Draft outline of motion to dismiss re breach of contract and nuisance claims. | 1.90 | 550.00 | 1,045.00 |
| 10/15/2021 | AMA | A103 | L240 | Draft factual background section of motion to dismiss. | 2.70 | 550.00 | 1,485.00 |
| 10/15/2021 | AMA | A103 | L240 | Draft argument section of motion to dismiss re breach of contract. | 2.80 | 550.00 | 1,540.00 |
| 10/18/2021 | AMA | A105 | L240 | Strategize re ███████████ | 0.20 | 550.00 | 110.00 |
| 10/18/2021 | AMA | A105 | L240 | Strategize re ███████████ | 0.30 | 550.00 | 165.00 |
| 10/18/2021 | AMA | A103 | L240 | Draft argument section of motion to dismiss re fraud claims. | 5.80 | 550.00 | 3,190.00 |
| 10/18/2021 | AMA | A103 | L240 | Draft letter to opposing counsel re | 0.30 | 550.00 | 165.00 |

**Miller Barondess, LLP**

Matter ID 1307-005

Page: 2
Stmt No: 23996
October 31, 2021

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | meet and confer scheduling. | | | |
| 10/19/2021 | AMA | A103 | L240 | Draft argument section of motion to dismiss re nuisance claims. | 2.50 | 550.00 | 1,375.00 |
| 10/27/2021 | AMA | A103 | L240 | Draft argument section of motion to dismiss re nuisance and insurance bad faith claims. | 2.80 | 550.00 | 1,540.00 |
| 10/27/2021 | AMA | A103 | L240 | Draft argument section of motion to dismiss re aiding and abetting claim. | 0.90 | 550.00 | 495.00 |
| 10/27/2021 | AMA | A103 | L240 | Draft argument section of motion to dismiss re conspiracy claim. | 1.20 | 550.00 | 660.00 |
| 10/27/2021 | AMA | A103 | L240 | Draft introduction to motion to dismiss. | 2.20 | 550.00 | 1,210.00 |
| 10/28/2021 | AMA | A103 | L240 | Revise draft motion to dismiss. | 1.40 | 550.00 | 770.00 |
| 10/28/2021 | AMA | A105 | L240 | Strategize re ▮▮▮▮▮ | 0.40 | 550.00 | 220.00 |
| 10/28/2021 | AMA | A102 | L240 | Conduct legal research re parol evidence issue. | 0.70 | 550.00 | 385.00 |
| 10/28/2021 | AZS | A103 | L210 | Review and revise motion to dismiss. | 1.90 | 675.00 | 1,282.50 |
| 10/28/2021 | AZS | A108 | L210 | Correspondence re motion to dismiss. | 0.30 | 675.00 | 202.50 |
| 10/29/2021 | AMA | A105 | L240 | Strategize re ▮▮▮▮▮ | 0.20 | 550.00 | 110.00 |
| 10/29/2021 | AMA | A103 | L240 | Revise motion to dismiss. | 1.40 | 550.00 | 770.00 |
| 10/29/2021 | AZS | A107 | L210 | Communications with opposing counsel re meet and confer on motion to dismiss. | 0.30 | 675.00 | 202.50 |
| 10/29/2021 | AZS | A106 | L210 | Correspondence with client and co-counsel re motion. | 0.30 | 675.00 | 202.50 |
| 10/31/2021 | AMA | A103 | L240 | Revise motion to dismiss. | 2.70 | 550.00 | 1,485.00 |

Sub-total Fees: 26,895.00

### Rate Summary

| | | |
|---|---|---|
| Adam M. Agatston | 43.50 hours at $ 550.00/hr | 23,925.00 |
| Amnon Z. Siegel | 4.40 hours at $ 675.00/hr | 2,970.00 |
| Total hours: | 47.90 | |

**Costs**

| | | | |
|---|---|---|---|
| 10/25/2021 | Shipping charges. | | 18.74 |
| | | Sub-total Expenses: | 18.74 |

**Exhibit G**
**Page 103**

**Miller Barondess, LLP**

Page:  3

Matter ID  1307-005

Stmt No:  23996
October 31, 2021

| | |
|---|---:|
| Current Billing: | 26,913.74 |
| Previous Balance: | 17,685.00 |
| Payments: | 0.00 |
| **Total Due Upon Receipt:** | **44,598.74** |

For billing questions, please contact:

billing@millerbarondess.com
(310) 552-4400

**REMITTANCE COPY**
**Return with Payment**

Snap, Inc.

| | |
|---|---|
| Statement Number: | 23996 |
| Statement Date: | 10/31/2021 |
| Matter ID: | 1307-005 |

**Amount Due:**     44,598.74

**PLEASE REMIT TO:**

# MILLER BARONDESS, LLP

1999 AVENUE OF THE STARS, SUITE 1000
LOS ANGELES, CA 90067
(310) 552-4400

# MILLER BARONDESS, LLP

1999 AVENUE OF THE STARS, SUITE 1000
LOS ANGELES, CA 90067

(310) 552-4400

TAX IDENTIFICATION No. 20-4939800

Statement as of November 30, 2021
Statement No. 24274

Snap, Inc.

███████████

| Matter | Current Billing | Previous Balance |
|---|---|---|
| 1307-005 | 17,834.00 | 26,913.74 |
| Fire at 723 Oceanfront Walk | | |
| Client Matter ID: snap-8313659 | | |
| | 17,834.00 | 26,913.74 |
| **Total Now Due:** | | **44,747.74** |

REMITTANCE OF PAYMENT CAN BE MADE BY WIRE TRANSFER TO OUR ACCOUNT AS FOLLOWS:

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

| BANKER | BANK ABA No. | ACCOUNT No. | BENEFICIARY |
|---|---|---|---|
| JEANETTE PEEVY | 322070381 | 81181067 | MILLER BARONDESS, LLP |
| (310) 861-2153 | | | |

**Exhibit G
Page 106**

## MILLER BARONDESS, LLP

1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
(310) 552-4400
Tax Identification No. 20-4939800

Statement as of November 30, 2021
Statement No. 24274

Snap, Inc.
█████████████

1307-005:  Fire at 723 Oceanfront Walk

**Professional Fees**

| | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 11/1/2021 | AZS | A103 | L210 | Review and revise motion to dismiss. | 1.90 | 675.00 | 1,282.50 |
| 11/1/2021 | AZS | A105 | L210 | Correspondence with attorney re motion. | 0.30 | 675.00 | 202.50 |
| 11/1/2021 | AMA | A104 | L210 | Strategize re ██████████ | 0.20 | 550.00 | 110.00 |
| 11/3/2021 | AMA | A103 | L240 | Draft declaration of A. Siegel in support of motion to dismiss. | 0.80 | 550.00 | 440.00 |
| 11/3/2021 | AMA | A103 | L240 | Revise motion to dismiss per client comments. | 2.70 | 550.00 | 1,485.00 |
| 11/3/2021 | AMA | A102 | L240 | Conduct legal research re homeless issue. | 2.00 | 550.00 | 1,100.00 |
| 11/3/2021 | AZS | A106 | L210 | Correspondence with client re strategy for Rule 12 motion. | 0.30 | 675.00 | 202.50 |
| 11/3/2021 | AZS | A104 | L210 | Analysis re changes to Rule 12 motion and addition of standing argument. | 0.50 | 675.00 | 337.50 |
| 11/4/2021 | AZS | A103 | L210 | Review and revise motion to dismiss. | 1.40 | 675.00 | 945.00 |
| 11/4/2021 | AZS | A103 | L210 | Communications re nature of case; communications with client re strategy and key issues. | 1.40 | 675.00 | 945.00 |
| 11/4/2021 | AMA | A103 | L240 | Draft section of motion to dismiss re standing. | 1.30 | 550.00 | 715.00 |
| 11/5/2021 | CBC | A103 | L240 | Cite-check Snap Inc.'s motion to dismiss. | 2.00 | 295.00 | 590.00 |
| 11/5/2021 | AZS | A104 | L210 | Review and revise motion and supporting documents. | 0.80 | 675.00 | 540.00 |
| 11/5/2021 | AZS | A106 | L210 | Correspondence with client and co-counsel re motion. | 0.40 | 675.00 | 270.00 |
| 11/6/2021 | CBC | A103 | L240 | Review, edit and mark authorities re Snap Inc.'s motion to dismiss. | 2.00 | 295.00 | 590.00 |
| 11/8/2021 | AZS | A104 | L210 | Review and analyze Rule 12 brief and finalize for filing. | 1.00 | 675.00 | 675.00 |

**Miller Barondess, LLP**

Page: 2

Matter ID 1307-005

Stmt No: 24274
November 30, 2021

| Date | Atty | Task | Act | Description | Hours | Rate | Amount |
|------|------|------|-----|-------------|-------|------|--------|
| 11/8/2021 | AMA | A103 | L240 | Prepare motion to dismiss and supporting declaration for filing. | 2.40 | 550.00 | 1,320.00 |
| 11/8/2021 | AMA | A103 | L240 | Draft proposed order granting motion to dismiss. | 0.40 | 550.00 | 220.00 |
| 11/15/2021 | AMA | A102 | L310 | Conduct legal research re initial disclosures. | 0.60 | 550.00 | 330.00 |
| 11/16/2021 | AZS | A101 | L210 | Attention to docket. | 0.20 | 675.00 | 135.00 |
| 11/16/2021 | AZS | A106 | L210 | Correspondence with client re non-opposition. | 0.30 | 675.00 | 202.50 |
| 11/16/2021 | AZS | A104 | L210 | Review court order granting motion to dismiss with leave to amend. | 0.20 | 675.00 | 135.00 |
| 11/16/2021 | AZS | A104 | L210 | Strategize re ███████████████ | 0.30 | 675.00 | 202.50 |
| 11/16/2021 | AZS | A104 | L210 | Review and analyze motions to dismiss by other defendants. | 0.30 | 675.00 | 202.50 |
| 11/16/2021 | AMA | A104 | L240 | Strategize and with client re motion to dismiss. | 0.50 | 550.00 | 275.00 |
| 11/16/2021 | AMA | A104 | L240 | Review defendants Hanasab's and CNA's motions to dismiss. | 0.40 | 550.00 | 220.00 |
| 11/22/2021 | AZS | A107 | L210 | Correspondence with attorney re ███████████████ | 0.20 | 675.00 | 135.00 |
| 11/26/2021 | AMA | A104 | L210 | Review and analyze first amended complaint. | 0.80 | 550.00 | 440.00 |
| 11/26/2021 | AMA | A103 | L240 | Draft meet and confer letter re Snap's motion to dismiss first amended complaint. | 3.10 | 550.00 | 1,705.00 |
| 11/29/2021 | AZS | A106 | L210 | Correspondence with client re first amended complaint and anticipated motion to dismiss. | 0.40 | 675.00 | 270.00 |
| 11/29/2021 | AZS | A104 | L210 | Review and analyze first amended complaint and review and revise meet and confer letter re anticipated motion to dismiss. | 0.70 | 675.00 | 472.50 |
| 11/30/2021 | AZS | A104 | L210 | Review and analyze first amended complaint. | 0.80 | 675.00 | 540.00 |
| 11/30/2021 | AZS | A103 | L210 | Review and revise meet and confer letter re motion to dismiss. | 0.80 | 675.00 | 540.00 |
| 11/30/2021 | KAC | A104 | L210 | Prepare comparison of complaint to first amended complaint for review. | 0.20 | 295.00 | 59.00 |

Sub-total Fees:  17,834.00

**Rate Summary**

| | | |
|---|---|---|
| Adam M. Agatston | 15.20 hours at $ 550.00/hr | 8,360.00 |
| Kathryn A. Clark | 0.20 hours at $ 295.00/hr | 59.00 |

**Miller Barondess, LLP**

Matter ID  1307-005

Page:  3

Stmt No:  24274

November 30, 2021

| | | | |
|---|---|---|---|
| Carole B. Conklin | 4.00 hours at $ 295.00/hr | 1,180.00 |
| Amnon Z. Siegel | 12.20 hours at $ 675.00/hr | 8,235.00 |
| | Total hours: | 31.60 |

**Payments**

| | | | |
|---|---|---|---|
| 11/29/2021 | Payment | Thank You | 17,685.00 |
| | | Sub-total Payments: | 17,685.00 |

| | |
|---|---|
| Current Billing: | 17,834.00 |
| Previous Balance: | 44,598.74 |
| Payments: | 17,685.00 |
| **Total Due Upon Receipt:** | **44,747.74** |

For billing questions, please contact:

billing@millerbarondess.com
(310) 552-4400

**Exhibit G
Page 109**

**REMITTANCE COPY**
**Return with Payment**

Snap, Inc.

| | |
|---|---|
| Statement Number: | 24274 |
| Statement Date: | 11/30/2021 |
| Matter ID: | 1307-005 |

**Amount Due:**        **44,747.74**

**PLEASE REMIT TO:**

# MILLER BARONDESS, LLP

1999 AVENUE OF THE STARS, SUITE 1000
LOS ANGELES, CA 90067
(310) 552-4400

**Exhibit G**
**Page 110**

# MILLER BARONDESS, LLP

1999 AVENUE OF THE STARS, SUITE 1000
LOS ANGELES, CA 90067
(310) 552-4400
TAX IDENTIFICATION NO. 20-4939800

Statement as of December 31, 2021
Statement No. 24563

Snap, Inc.

███████████████

| Matter | Current Billing | Previous Balance |
|---|---|---|
| 1307-005 | 7,252.66 | 17,834.00 |
| Fire at 723 Oceanfront Walk | | |
| | | |
| Client Matter ID: snap-8313659 | | |
| | 7,252.66 | 17,834.00 |
| **Total Now Due:** | | **25,086.66** |

REMITTANCE OF PAYMENT CAN BE MADE BY WIRE TRANSFER TO OUR ACCOUNT AS FOLLOWS:

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

| BANKER | BANK ABA NO. | ACCOUNT NO. | BENEFICIARY |
|---|---|---|---|
| JEANETTE PEEVY | 322070381 | 81181067 | MILLER BARONDESS, LLP |
| (310) 861-2153 | | | |

**Exhibit G**
**Page 111**

# MILLER  BARONDESS,  LLP

1999 AVENUE OF THE STARS, SUITE 1000
LOS ANGELES, CA 90067
(310) 552-4400
TAX IDENTIFICATION No. 20-4939800

Statement as of December 31, 2021
Statement No. 24563

Snap, Inc.
███████████████

1307-005:  Fire at 723 Oceanfront Walk

**Professional Fees**

| | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 12/1/2021 | AZS | A104 | L210 | Review and analyze stipulation filed by Continental. | 0.20 | 675.00 | 135.00 |
| 12/1/2021 | AZS | A108 | L210 | Communications with insurer's counsel re ███████████ | 0.30 | 675.00 | 202.50 |
| 12/1/2021 | AZS | A108 | L210 | Communications with Yagman. | 0.20 | 675.00 | 135.00 |
| 12/1/2021 | AZS | A101 | L210 | Strategize re ████████████ | 0.40 | 675.00 | 270.00 |
| 12/4/2021 | AZS | A107 | L210 | Correspondence with re extension of time to respond to first amended complaint. | 0.20 | 675.00 | 135.00 |
| 12/6/2021 | AZS | A103 | L210 | Draft response to Yagman letter. | 0.60 | 675.00 | 405.00 |
| 12/6/2021 | AZS | A104 | L210 | Review and revise stipulation and proposed order for extension of time to respond to first amended complaint. | 0.30 | 675.00 | 202.50 |
| 12/6/2021 | AZS | A107 | L210 | Correspondence with opposing counsel and changes to stipulation. | 0.30 | 675.00 | 202.50 |
| 12/6/2021 | KAC | A103 | L210 | Draft stipulation and proposed order for extension of time to file response to first amended complaint. | 0.80 | 295.00 | 236.00 |
| 12/15/2021 | AMA | A103 | L240 | Draft letter to opposing counsel re meet and confer scheduling. | 0.50 | 550.00 | 275.00 |
| 12/15/2021 | AZS | A105 | L210 | Correspondence re strategy. | 0.20 | 675.00 | 135.00 |
| 12/15/2021 | AZS | A105 | L210 | Correspondence re ████████████ | 0.50 | 675.00 | 337.50 |
| 12/17/2021 | AZS | A101 | L210 | Strategize re ████████████ | 0.30 | 675.00 | 202.50 |
| 12/20/2021 | AZS | A101 | L210 | Correspondence with attorney re ████████████ | 0.20 | 675.00 | 135.00 |

**Miller Barondess, LLP**

Matter ID  1307-005

Page:  2

Stmt No:  24563

December 31, 2021

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/20/2021 | AMA | A104 | L240 | Review correspondence from opposing counsel. | 0.20 | 550.00 | 110.00 |
| 12/20/2021 | AMA | A104 | L240 | Review Hanasab motion to dismiss first amended complaint. | 0.30 | 550.00 | 165.00 |
| 12/21/2021 | AZS | A107 | L210 | Meet and confer with opposing counsel re motion to dismiss. | 0.30 | 675.00 | 202.50 |
| 12/21/2021 | AZS | A106 | L210 | Correspondence with client re meet and confer. | 0.20 | 675.00 | 135.00 |
| 12/21/2021 | AZS | A101 | L210 | Correspondence re ███████ ████████ | 0.30 | 675.00 | 202.50 |
| 12/23/2021 | AMA | A105 | L240 | Strategize re ███████████ | 0.40 | 550.00 | 220.00 |
| 12/27/2021 | AMA | A103 | L240 | Draft factual background section of motion to dismiss first amended complaint. | 1.40 | 550.00 | 770.00 |
| 12/27/2021 | AMA | A103 | L240 | Draft argument section of motion to dismiss first amended complaint. | 3.40 | 550.00 | 1,870.00 |
| 12/27/2021 | AMA | A103 | L240 | Draft introduction to motion to dismiss first amended complaint. | 0.80 | 550.00 | 440.00 |
| 12/27/2021 | AMA | A105 | L240 | Strategize re ████████ ██████ | 0.20 | 550.00 | 110.00 |

Sub-total Fees:   7,233.50

### Rate Summary

| | | |
|---|---|---|
| Adam M. Agatston | 7.20 hours at $ 550.00/hr | 3,960.00 |
| Kathryn A. Clark | 0.80 hours at $ 295.00/hr | 236.00 |
| Amnon Z. Siegel | 4.50 hours at $ 675.00/hr | 3,037.50 |
| Total hours: | 12.50 | |

**Costs**

| | | | |
|---|---|---|---|
| 12/25/2021 | | Shipping charges. | 19.16 |

Sub-total Expenses:   19.16

**Payments**

| | | | |
|---|---|---|---|
| 12/20/2021 | Payment | Thank You | 26,913.74 |

Sub-total Payments:   26,913.74

**Miller Barondess, LLP**

Matter ID  1307-005

Page:  3

Stmt No:  24563

December 31, 2021

| | |
|---|---:|
| Current Billing: | 7,252.66 |
| Previous Balance: | 44,747.74 |
| Payments: | 26,913.74 |
| **Total Due Upon Receipt:** | **25,086.66** |

For billing questions, please contact:

billing@millerbarondess.com
(310) 552-4400

**REMITTANCE COPY**
**Return with Payment**

Snap, Inc.

| | | |
|---|---|---|
| | Statement Number: | 24563 |
| | Statement Date: | 12/31/2021 |
| | Matter ID: | 1307-005 |

**Amount Due:**     **25,086.66**

**PLEASE REMIT TO:**

# MILLER  BARONDESS,  LLP

1999 AVENUE OF THE STARS, SUITE 1000
LOS ANGELES, CA 90067
(310) 552-4400

**Exhibit G**
**Page 115**

# MILLER BARONDESS, LLP

1999 AVENUE OF THE STARS, SUITE 1000
LOS ANGELES, CA 90067
(310) 552-4400
TAX IDENTIFICATION NO. 20-4939800

Statement as of January 31, 2022
Statement No. 24825

Snap, Inc.
███████████████

| Matter | Current Billing | Previous Balance |
|---|---|---|
| 1307-005 | 10,765.25 | 0.00 |
| Fire at 723 Oceanfront Walk | | |
| Client Matter ID: snap-8313659 | | |
| | 10,765.25 | 0.00 |
| **Total Now Due:** | | **10,765.25** |

REMITTANCE OF PAYMENT CAN BE MADE BY WIRE TRANSFER TO OUR ACCOUNT AS FOLLOWS:

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

| BANKER | BANK ABA NO. | ACCOUNT NO. | BENEFICIARY |
|---|---|---|---|
| JEANETTE PEEVY | 322070381 | 81181067 | MILLER BARONDESS, LLP |
| (310) 861-2153 | | | |

**Exhibit G**
**Page 116**

## MILLER BARONDESS, LLP

1999 AVENUE OF THE STARS, SUITE 1000
LOS ANGELES, CA 90067
(310) 552-4400
TAX IDENTIFICATION NO. 20-4939800

Statement as of January 31, 2022
Statement No. 24825

Snap, Inc.

███████████████████

1307-005:  Fire at 723 Oceanfront Walk

**Professional Fees**

| | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1/3/2022 | AZS | A104 | L210 | Review and analyze motion to dismiss the first amended complaint. | 0.40 | 695.00 | 278.00 |
| 1/4/2022 | AZS | A103 | L210 | Review and revise motion to dismiss first amended complaint. | 2.80 | 695.00 | 1,946.00 |
| 1/4/2022 | AMA | A102 | L240 | Conduct legal research re insurance issue. | 0.60 | 575.00 | 345.00 |
| 1/4/2022 | AMA | A103 | L240 | Draft declaration in support of motion to dismiss first amended complaint. | 0.80 | 575.00 | 460.00 |
| 1/6/2022 | AMA | A103 | L240 | Revise motion to dismiss first amended complaint per client comments. | 1.50 | 575.00 | 862.50 |
| 1/6/2022 | AMA | A105 | L240 | Strategize re motion to dismiss first amended complaint. | 0.40 | 575.00 | 230.00 |
| 1/6/2022 | AMA | A104 | L240 | Review and analyze motions to dismiss filed by insurance defendants. | 0.40 | 575.00 | 230.00 |
| 1/6/2022 | AZS | A101 | L210 | Correspondence with client re motion to dismiss and hearing date. | 0.90 | 695.00 | 625.50 |
| 1/6/2022 | AZS | A104 | L210 | Review and analyze client's revisions/changes to motion to dismiss. | 0.40 | 695.00 | 278.00 |
| 1/6/2022 | AZS | A101 | L210 | Discussion with attorney re revisions to motion to dismiss. | 0.50 | 695.00 | 347.50 |
| 1/7/2022 | AZS | A104 | L210 | Review and analyze motion to dismiss filed by the other insurance defendants and broker. | 1.20 | 695.00 | 834.00 |
| 1/9/2022 | CBC | A103 | L240 | Cite-check Snap's motion to dismiss first amended complaint. | 2.00 | 295.00 | 590.00 |
| 1/10/2022 | CBC | A103 | L240 | Review, revise and mark authorities re Snap's motion to dismiss first amended complaint. | 2.00 | 295.00 | 590.00 |
| 1/10/2022 | AZS | A103 | L210 | Review and revise motion to dismiss | 0.50 | 695.00 | 347.50 |

**Miller Barondess, LLP**                                                    Page: 2

Matter ID  1307-005                                                Stmt No:  24825

January 31, 2022

| Date | | | | Description | | | |
|------|------|------|------|-------------|------|------|------|
| | | | | and declaration before filing. | | | |
| 1/10/2022 | AMA | A104 | L240 | Review motion to dismiss first amended complaint, declaration in support and proposed order. | 1.10 | 575.00 | 632.50 |
| 1/12/2022 | AZS | A107 | L210 | Correspondence with opposing counsel re ex parte. | 0.30 | 695.00 | 208.50 |
| 1/12/2022 | AZS | A106 | L210 | Correspondence with client re ex parte and recommendation re response. | 0.30 | 695.00 | 208.50 |
| 1/12/2022 | AZS | A101 | L210 | Strategize re ████████ | 0.20 | 695.00 | 139.00 |
| 1/12/2022 | AZS | A107 | L210 | Correspondence with counsel for other defendants re plaintiff's ex parte application. | 0.30 | 695.00 | 208.50 |
| 1/14/2022 | AZS | A104 | L210 | Attention to plaintiff's ex parte application and correspondence with client re same. | 0.30 | 695.00 | 208.50 |
| 1/18/2022 | AMA | A104 | L240 | Review E. Garcetti motion to dismiss. | 0.20 | 575.00 | 115.00 |
| 1/19/2022 | AZS | A104 | L210 | Review and analyze motion to dismiss filed by city defendants and correspondence with client re same. | 0.50 | 695.00 | 347.50 |
| 1/20/2022 | AMA | A104 | L120 | Review J. Gutierrez standing order. | 0.30 | 575.00 | 172.50 |
| 1/20/2022 | AZS | A101 | L210 | Attention to transfer of case to new judge and new judge's standing order for newly assigned cases. | 0.30 | 695.00 | 208.50 |
| 1/25/2022 | AZS | A106 | L210 | Correspondence with client re hearing and briefing dates for motion to dismiss. | 0.20 | 695.00 | 139.00 |
| 1/25/2022 | AMA | A105 | L240 | Strategize re ████████ | 0.20 | 575.00 | 115.00 |

Sub-total Fees:  10,667.00

**Rate Summary**

| | | |
|---|---|---|
| Adam M. Agatston | 5.50 hours at $ 575.00/hr | 3,162.50 |
| Carole B. Conklin | 4.00 hours at $ 295.00/hr | 1,180.00 |
| Amnon Z. Siegel | 9.10 hours at $ 695.00/hr | 6,324.50 |
| Total hours: | 18.60 | |

**Costs**

| | | |
|---|---|---|
| 1/3/2022 | Courier/Court/Filing Fees. | 34.00 |
| 1/31/2022 | Courier/Court/Filing Fees. | 64.25 |
| | Sub-total Expenses: | 98.25 |

**Miller Barondess, LLP**

Matter ID  1307-005

Page:  3

Stmt No:  24825

January 31, 2022

**Payments**

| 1/26/2022 | Payment | Thank You | 25,086.66 |
|---|---|---|---|
| | | Sub-total Payments: | 25,086.66 |

| | |
|---|---|
| Current Billing: | 10,765.25 |
| Previous Balance: | 25,086.66 |
| Payments: | 25,086.66 |
| **Total Due Upon Receipt:** | **10,765.25** |

For billing questions, please contact:

billing@millerbarondess.com
(310) 552-4400

**Exhibit G**
**Page 119**

**REMITTANCE COPY**
**Return with Payment**

Snap, Inc.

Statement Number:   24825
Statement Date:     1/31/2022
Matter ID:          1307-005

**Amount Due:**       **10,765.25**

**PLEASE REMIT TO:**

# MILLER BARONDESS, LLP

1999 AVENUE OF THE STARS, SUITE 1000
LOS ANGELES, CA 90067
(310) 552-4400

**Exhibit G**
**Page 120**

# MILLER  BARONDESS,  LLP

1999 AVENUE OF THE STARS, SUITE 1000
LOS ANGELES, CA 90067

(310) 552-4400

TAX IDENTIFICATION NO. 20-4939800

Statement as of February 28, 2022
Statement No. 25132

Snap, Inc.

███████████████████

| Matter | Current Billing | Previous Balance |
|---|---|---|
| 1307-005 | 10,926.50 | 10,765.25 |
| Fire at 723 Oceanfront Walk | | |
| Client Matter ID: snap-8313659 | | |
| | 10,926.50 | 10,765.25 |
| **Total Now Due:** | | **21,691.75** |

REMITTANCE OF PAYMENT CAN BE MADE BY WIRE TRANSFER TO OUR ACCOUNT AS FOLLOWS:

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

| BANKER | BANK ABA NO. | ACCOUNT NO. | BENEFICIARY |
|---|---|---|---|
| JEANETTE PEEVY | 322070381 | 81181067 | MILLER BARONDESS, LLP |
| (310) 861-2153 | | | |

**Exhibit G**
**Page 121**

### MILLER BARONDESS, LLP
1999 AVENUE OF THE STARS, SUITE 1000
LOS ANGELES, CA 90067
(310) 552-4400
TAX IDENTIFICATION NO. 20-4939800

Statement as of February 28, 2022
Statement No. 25132

Snap, Inc.

1307-005:  Fire at 723 Oceanfront Walk

**Professional Fees**

| Date | Init | | | Description | Hours | Rate | Amount |
|------|------|------|------|-------------|-------|------|--------|
| 02/08/2022 | CBL | A103 | L240 | Draft non-opposition to motion to dismiss. | 0.50 | 295.00 | 147.50 |
| 02/08/2022 | AZS | A101 | L210 | Strategize re  | 0.40 | 695.00 | 278.00 |
| 02/08/2022 | AMA | A103 | L240 | Draft notice of non-opposition. | 1.30 | 575.00 | 747.50 |
| 02/09/2022 | AMA | A103 | L240 | Draft notice of withdrawal. | 0.50 | 575.00 | 287.50 |
| 02/09/2022 | AZS | A101 | L210 | Address withdrawal of notice of non-opposition. | 0.30 | 695.00 | 208.50 |
| 02/09/2022 | AZS | A104 | L210 | File notice of withdrawal of non-opposition. | 0.30 | 695.00 | 208.50 |
| 02/14/2022 | AMA | A108 | L240 | Correspond with court re hearing procedure. | 0.30 | 575.00 | 172.50 |
| 02/15/2022 | CBL | A103 | L210 | Draft/revise request for remote appearance and proposed order for motion to dismiss hearing. | 0.60 | 295.00 | 177.00 |
| 02/15/2022 | AZS | A103 | L210 | Review and revise request to appear remotely for hearing on Snap's motion to dismiss the first amended complaint. | 0.20 | 695.00 | 139.00 |
| 02/15/2022 | AMA | A103 | L250 | Draft and prepare for filing a request to appear remotely at hearing. | 1.00 | 575.00 | 575.00 |
| 02/17/2022 | AMA | A104 | L240 | Review order to show cause re subject matter jurisdiction. | 0.20 | 575.00 | 115.00 |
| 02/17/2022 | AMA | A104 | L250 | Review and analyze plaintiff's motion for sanctions. | 0.60 | 575.00 | 345.00 |
| 02/17/2022 | AMA | A105 | L250 | Strategize re | 1.10 | 575.00 | 632.50 |
| 02/17/2022 | AZS | A104 | L210 | Review and analyze court's minute order re subject matter jurisdiction and correspondence with client re same. | 0.30 | 695.00 | 208.50 |

**Miller Barondess, LLP**

Matter ID 1307-005

Page: 2
Stmt No: 25132
February 28, 2022

| Date | Init | Act | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 02/18/2022 | AZS | A104 | L210 | Review and analyze motion for sanctions and correspondence with client re same. | 0.80 | 695.00 | 556.00 |
| 02/22/2022 | AZS | A101 | L210 | Correspondence with attorney re ████████████ | 0.30 | 695.00 | 208.50 |
| 02/22/2022 | AMA | A105 | L250 | Strategize re ████████████ | 0.60 | 575.00 | 345.00 |
| 02/23/2022 | CBL | A104 | L210 | Locate documents relevant to case background. | 0.60 | 295.00 | 177.00 |
| 02/25/2022 | AMA | A104 | L240 | Review and analyze plaintiff's response to court order to show cause re subject matter jurisdiction. | 0.20 | 575.00 | 115.00 |
| 02/25/2022 | AMA | A104 | L210 | Review and analyze plaintiff's opposition to Snap's motion to dismiss. | 0.60 | 575.00 | 345.00 |
| 02/25/2022 | AZS | A104 | L210 | Review and analyze opposition to motion to dismiss. | 1.00 | 695.00 | 695.00 |
| 02/25/2022 | AZS | A101 | L210 | Correspondence with client re ████████████ | 0.70 | 695.00 | 486.50 |
| 02/25/2022 | AZS | A104 | L210 | Scan plaintiff's other opposition to co-defendants' motion to dismiss. | 0.40 | 695.00 | 278.00 |
| 02/26/2022 | AMA | A102 | L240 | Conduct legal research re waiver of subrogation. | 1.20 | 575.00 | 690.00 |
| 02/26/2022 | AMA | A102 | L240 | Conduct legal research re failure to oppose. | 0.60 | 575.00 | 345.00 |
| 02/26/2022 | AMA | A103 | L240 | Draft outline of reply in support of motion to dismiss first amended complaint. | 0.80 | 575.00 | 460.00 |
| 02/28/2022 | CBL | A103 | L210 | Draft and revise reply to defendant's motion to dismiss complaint. | 0.50 | 295.00 | 147.50 |
| 02/28/2022 | AMA | A105 | L240 | Strategize re ████████████ | 0.30 | 575.00 | 172.50 |
| 02/28/2022 | AMA | A103 | L240 | Draft outline of reply in support of motion to dismiss first amended complaint. | 1.60 | 575.00 | 920.00 |
| 02/28/2022 | AZS | A104 | L210 | Review and analyze legal authority. | 1.00 | 695.00 | 695.00 |

Sub-total Fees:  10,878.00

**Rate Summary**

| | | |
|---|---|---|
| Adam M. Agatston | 10.90 hours at $ 575.00/hr | 6,267.50 |
| Cindy B. Lumia | 2.20 hours at $ 295.00/hr | 649.00 |
| Amnon Z. Siegel | 5.70 hours at $ 695.00/hr | 3,961.50 |

**Miller Barondess, LLP**

Matter ID  1307-005

Page:  3

Stmt No:  25132

February 28, 2022

Total hours:  18.80

**Costs**

| | | |
|---|---|---|
| 02/25/2022 | Courier/Court/Filing Fees. | 24.25 |
| 02/25/2022 | Courier/Court/Filing Fees. | 24.25 |

Sub-total Expenses:  48.50

Current Billing:  10,926.50

Previous Balance:  10,765.25

Payments:  0.00

**Total Due Upon Receipt:  21,691.75**

For billing questions, please contact:

billing@millerbarondess.com
(310) 552-4400

**Exhibit G**
**Page 124**

**REMITTANCE COPY**
**Return with Payment**

Snap, Inc.

| | |
|---|---|
| Statement Number: | 25132 |
| Statement Date: | 02/28/2022 |
| Matter ID: | 1307-005 |

**Amount Due:**  **21,691.75**

**PLEASE REMIT TO:**

# MILLER BARONDESS, LLP

1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067
(310) 552-4400

**Exhibit G**
**Page 125**